UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID RAMIREZ,<br><br>        Plaintiff,<br>v.<br><br>HMS HOST USA, INC., ET AL.,<br><br>        Defendants. | Case No.: C 12-04683 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On September 14, 2012, Defendants moved to dismiss the complaint. This case has been assigned to a Magistrate Judge. Before the court takes any further action in the case, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than September 24, 2012, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

Case No.: C 12-04683 PSG         1
ORDER RE CONSENT

1 | section of the court's website at www.cand.uscourts.gov.

2 | Dated: 9/17/2012

3 | _____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 12-04683 PSG
ORDER RE CONSENT

2